MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
ZINA B. BAKER,                :
                              :
           Plaintiff,         :
                              :
     - v. -                   :
                              :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,            :   08 Civ. 3797 (SHS)
Commissioner of               :
Social Security,              :
                              :
           Defendant.         :
                              :
- - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 14, 2008 to and including September 15, 2008.  The reason for the request is that

the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated:  New York, New York
        June 16, 2008

*[signature]*
LINA B. BAKER
Plaintiff pro se
690 East 138th Street
  Apt.#5B
Bronx, New York  10454
Telephone No.: (646) 314-0075

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: 6/23/08
*[signature]*
UNITED STATES DISTRICT JUDGE